UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL R. GOODMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 2:15-cv-01149-JLR-KLS<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, hereby finds and ORDERS:

(1)　the Court adopts the Report and Recommendation; and

(2)　plaintiff's complaint is dismissed without prejudice.

DATED this 10th day of June, 2016.

_____
James L. Robart
United States District Judge

ORDER - 1